Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

MAY 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KIRK RANDALL THOMAS, aka
THOMAS KIRK RANDALL,

                Petitioner,

vs.

J.F. SALAZAR, WARDEN,

                Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 07-3291-SGL(RC)

JUDGMENT

      Pursuant to the Order of the Court adopting the findings,

conclusions, and recommendations of United States Magistrate Judge

Rosalyn M. Chapman,

      IT IS ADJUDGED that the First Amended Petition for writ of habeas

corpus and the action are dismissed as untimely.

DATE: _____5-29-08_____

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

R&Rs\07-3291.jud
5/23/08